UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
SHELLEY LIPTON,

      Plaintiff,

  -v-

NEWSWEEK DIGITAL LLC,

      Defendant.
---------------------------------

21-cv-9548 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On February 1, 2022, the parties in the above-captioned case held a settlement conference before Magistrate Judge Gabriel W. Gorenstein, who informed the Court that the parties had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
February 2, 2022

                                                  JED S. RAKOFF, U.S.D.J.